JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Leslie Espritt

        Plaintiff,

v.

Computer Sciences Corporation et al

        Defendants.

Case No. CV 15-01960-AB (ASx)

ORDER DISMISSING CIVIL ACTION

    THE COURT having been advised that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **21 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: June 28, 2016

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.